1  F. THOMAS EDWARDS ESQ.
Nevada Bar No. 9549
2  E-mail: tedwards@nevadafirm.com
JOHN J. PICTUM III, ESQ.
3  Nevada Bar No. 15979
E-mail: jpictum@nevadafirm.com
4  **HOLLEY DRIGGS**
300 South Fourth Street, Suite 1600
5  Las Vegas, Nevada 89101
Telephone: 702/791-0308
6  Facsimile:  702/791/1912

7  *Attorney(s) for Defendant,
University Medical Center of Southern Nevada*

8

9  **UNITED STATES DISTRICT COURT**

10  **DISTRICT OF NEVADA**

| | |
|---|---|
| Hilary Rubin, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>University Medical Center of Southern Nevada,<br><br>　　　　　　　Defendant. | Case No.: 2:22-cv-01275-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by Plaintiff, Hilary Rubin ("Plaintiff"), by and through her attorney of record, Trevor J. Hadfield, Esq., of the law firm Hatfield & Associates, Ltd., and Defendant University Medical Center of Southern Nevada ("UMC"), by and through its attorneys of record, F. Thomas Edwards, Esq., and John J. Pictum III, Esq. of the law firm of Holley Driggs,

///
///
///
///
///
///
///
///

- 1 -

12384-12/2886213.docx

that the above-entitled matter be dismissed with prejudice, each party to bear their own attorney fees and costs.

    **IT IS SO STIPULATED:**

| | |
|---|---|
| Dated: January 23, 2023 | Dated:   January 23, 2023 |
| **HOLLEY DRIGGS** | **HATFIELD & ASSOCIATES, LTD.** |
| | |
| */s/ F. Thomas Edwards* | */s/ Trevor J. Hatfield* |
| F. Thomas Edwards, Esq. (NBN 9549) | Trevor J. Hatfield, Esq. |
| John J. Pictum III Esq. (NBN 15979) | 703 South Eighth Street |
| 300 South Fourth Street, Suite 1600 | Las Vegas, NV 89101 |
| Las Vegas, Nevada 89101 | E-mail: thatfield@hatfieldlawassociates.com |
| E-mail: tedwards@nevadafirm.com | |
| E-mail: jpictum@nevadafirm.com | *Attorney for Plaintiff* |
| *Attorneys for Defendant* | |

## **ORDER**

Based upon the Stipulation of the parties and good cause appearing,

**IT IS HEREBY ORDERED** that the above-entitled action is hereby dismissed, with prejudice, and each party to bear their own respective attorney fees and costs herein.

**IT IS SO ORDERED**.

                                                                                                              _____

                                               ANDREW P. GORDON
                                               UNITED STATES DISTRICT JUDGE
                                               DATED: January 24, 2023

Respectfully submitted by:

**HOLLEY DRIGGS**


*/s/ F. Thomas Edwards*
F. Thomas Edwards, Esq. (NBN 9549)
John J. Pictum III Esq. (NBN 15979)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*